**EDELSBERG LAW, P.A.**

Scott Edelsberg, Esq. (CA Bar No. 330990)
1925 Century Park E #1700
Los Angeles, CA 90067
Telephone: 305-975-3320
scott@edelsberglaw.com

*Counsel for Plaintiff and Proposed Class*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RACHEL HERNANDEZ, individually and on behalf of all others similarly situated,<br><br>    *Plaintiff,*<br><br>vs.<br><br>AMITY ONE DEBT RELIEF,<br><br>    *Defendant.* | Case No. 8:25-cv-02617-RGW-JDE<br><br>**NOTICE OF DISMISSAL WITHOUT PREJUDICE** |

Plaintiff, Rachel Hernandez, pursuant to Federal Rule of Civil Procedure 41 (a)(1)(A)(i), does hereby dismiss this action as follows:

1. All claims of the Plaintiff, Rachel Hernandez, individually, are hereby dismissed without prejudice.

2. All claims of any unnamed member of the alleged class are hereby dismissed without prejudice.

Dated: February 27, 2026                    Respectfully submitted,


By: */s/ Scott Edelsberg*

**EDELSBERG LAW, P.A.**
Scott Edelsberg, Esq. (CA Bar No. 330990)
1925 Century Park E #1700
Los Angeles, CA 90067
Telephone: 305-975-3320
scott@edelsberglaw.com

*Counsel for Plaintiff and the Proposed Class*


## CERTIFICATE OF SERVICE

I hereby certify that on February 27, 2026, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel identified below via transmission of Notices of Electronic generated by CM/ECF or in some other authorized manner.

**NOTICE OF DISMISSAL**

By: */s/ Scott Edelsberg*

**EDELSBERG LAW, P.A.**
Scott Edelsberg, Esq. (CA Bar No. 330990)
1925 Century Park E #1700
Los Angeles, CA 90067
Telephone: 305-975-3320
scott@edelsberglaw.com

3

**NOTICE OF DISMISSAL**